# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HAYDEE LASSO

VERSUS

BRUCE BONNECARRERE, JR.

NO.  2021 CW 1040

**NOVEMBER 05, 2021**

---

In Re:  Haydee Lasso, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 2019-10562 c/w 2019-10563.

---

**BEFORE:  WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT